TO BE PUBLISHED

# Supreme Court of Kentucky

2026-SC-0005-KB

IN RE: H. HARRIS PEPPER, JR.

IN SUPREME COURT

## **OPINION AND ORDER**

This case is before the Court upon the recommendation of the Character and Fitness Committee to reinstate H. Harris Pepper, Jr. to the practice of law pursuant to SCR 3.502(6)(a). His KBA number is 84068. KBA Bar Counsel does not oppose reinstatement, and in fact submitted a Joint Findings of Fact, Conclusions of Law, and Recommendation to the Committee. Both parties agreed a formal hearing was unnecessary. The Committee unanimously agreed and adopted the Joint proposal.

Pepper was suspended from the practice of law for five years, retroactive to February 27, 2020, in September 2021. *Peppers v. Kentucky Bar Ass'n*, 632 S.W.3d 312, 312-13 (Ky. 2021). The underlying conduct was his participation in a scheme to launder the proceeds of an illegal gambling operation for which he readily admitted his guilt in Federal court. *Id.* at 314-15. Since his suspension, Pepper has worked for Summit Title Company, LLC, a company owned and operated by his wife. Outside of work his main involvement with the community of Bowling Green is through his church and as a Board member of LifeWorks for Autism; a program Pepper is involved with as both of his children

are autistic and unable to care for themselves. Pepper is married and reports that the counseling and treatment he has received in the last five years has only served to strengthen his marriage. He has participated in KYLAP for the duration of his suspension and Yvette Hourigan, KYLAP's Executive Director, submitted a letter in support of Pepper's reinstatement; describing his commitment as "unmatched" and among the few participants during her career to demonstrate "unwavering and 100% commitment to their monitoring agreement, their programs of recovery, their mental health care and treatment outside of recovery programs, and an attitude of willingness like that of Harris Pepper's."

The Committee's adopted Findings of Fact include that he has complied with the conditions of his guilty plea in federal court (probation and payment of a $100,000 fine); complied with the terms and conditions of his suspension imposed by this Court; that he recognizes and appreciates the wrongfulness of his actions and has demonstrated remorse; that he possesses the capabilities to serve as a lawyer; that his conduct during his suspension demonstrates he is worthy of the public's trust and confidence; and that he currently possesses good moral standing and has rehabilitated himself with the help of his family and counselors. Given the lack of opposition by KBA Bar Counsel and the unanimous findings of the Committee, we approve Pepper's reinstatement to the practice of law. This reinstatement is consistent with similar cases such as *Lawrence v. Kentucky Bar Ass'n*, 677 S.W.3d 364 (Ky. 2023), wherein

2

reinstatement to the practice of law was approved after a lawyer's five-year suspension for tax fraud totaling $128,000. *Id.* at 364.

On January 5, 2026, the Board of Bar Examiners certified to this Court that Pepper had taken and passed the bar exam on December 16, 2025.

Accordingly, it is hereby ORDERED that the application for reinstatement to the practice of law by H. Harris Pepper, Jr. is approved subject to the following conditions:

1. Pepper shall pay the cost of the proceedings, totaling $166.16, pursuant to SCR 3.503(5). Also, if the additional KBA costs exceed the posted bond, Pepper shall pay the excess. If there are any funds remaining from the posted bond after the Office of Bar Admissions and KBA have recovered their costs, said funds shall be paid back to Pepper.

2. Any outstanding Bar dues payments or Continuing Legal Education (CLE) requirements shall be satisfied.

All sitting. All concur.

ENTERED: February 19, 2026

CHIEF JUSTICE